UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

ALBERTO BAHLER, individually,
MILVIA BACELO, individually,
and other similarly situated individuals,

      Plaintiffs,

v.

FLORIDA CLEANING SYSTEMS OF
SOUTH FLORIDA, INC., a Florida
Profit Corporation, JORGE ROSSI,
individually, and LAURO ROMERO,
individually,

      Defendants.
      _____/

## NOTICE OF REMOVAL

      Defendants FLORIDA CLEANING SYSTEMS OF SOUTH FLORIDA, INC., JORGE ROSSI and LAURO ROMERO, by and through their undersigned counsel, pursuant to 28 U.S.C. § 1441, hereby remove to this Court the cause of action currently pending in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida styled *Alberto Bahler and Milvia Bacelo v. Florida Cleaning Systems of South Florida, Inc., Jorge Rossi and Lauro Romero*, Case No. 502016CA002825XXXXMB(AE), and say:

### Introduction

      1.    Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331.

      2.    This action was commenced on or about March 14, 2016, in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.  On or about May

31, 2016, Plaintiffs filed their First Amended Complaint. A true and correct copy of the First Amended Complaint is attached hereto as Exhibit "A."

3. All three Defendants were served with the First Amended Complaint on June 29, 2016. True and correct copies of the summonses are attached hereto as Composite Exhibit "B."

### Jurisdiction is Proper Because Plaintiffs' Action Arises Under the Laws of the United States

4. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331 because all counts of Plaintiffs' First Amended Complaint purport to state claims for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA").

5. The Supreme Court has expressly held that a claim under the FLSA initially filed in state court is properly removable to federal court. *See Breuer v. Jim's Concrete of Brevard, Inc.*, 538 U.S. 691 (2003).

### Procedural Requirements

6. This notice of removal is being filed with this Court within thirty (30) days after Defendants were served with the First Amended Complaint. *See* 28 U.S.C. § 1446(b).

7. A copy of this notice of removal is being filed with the state court where this action is pending and notice thereof is being given to all adverse parties "promptly after" the filing of the notice in this Court. *See* 28 U.S.C. § 1446(d).

8. Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit "A" and Composite Exhibit "B" are true and correct copies of the First Amended Complaint and the summonses, respectively.

WHEREFORE, Defendants respectfully request that this Court exercise jurisdiction over this matter.

Dated:   July 19, 2016          Respectfully submitted,
         Boca Raton, FL

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.
Florida Bar No. 0146315
E-Mail: aschotiner@sbwlawfirm.com
SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A.
7777 Glades Rd., Suite 400
Boca Raton, FL  33434
Tel:  (561) 477-7800
Fax:  (561) 477-7722
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF and Via E-Mail.

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.

## SERVICE LIST

*Alberto Bahler, et al. v. Florida Cleaning Systems of South Florida, Inc., et al.*
Case No. _____
United States District Court, Southern District of Florida

| | |
|---|---|
| Anthony M. Georges-Pierre, Esq.<br>E-Mail: agp@rgpattorneys.com<br>Anaeli C. Petisco, Esq.<br>E-Mail: apetisco@rgpattorneys.com<br>Remer & Georges-Pierre, PLLC<br>44 W. Flagler St., Suite 2200<br>Miami, FL 33130<br>Tel:  (305) 416-5000<br>Fax: (305) 416-5005<br>Counsel for Plaintiffs<br>*Via E-Mail* | Adam S. Chotiner, Esq.<br>E-Mail: aschotiner@sbwlawfirm.com<br>Shapiro, Blasi, Wasserman & Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL  33434<br>Tel:  (561) 477-7800<br>Fax: (561) 477-7722<br>Counsel for Defendants<br>*Via CM/ECF* |